## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

E.P.L.                                               :
                                                     :
            Petitioner,                              :
                                                     :
v.                                                   :    Case No. 4:25-cv-421-CDL-AGH
                                                     :              28 U.S.C. § 2241
Warden, STEWART DETENTION                            :
CENTER, *et al.*,                                    :
                                                     :
            Respondents.                             :
_____

## ORDER TO SHOW CAUSE

The Court received Petitioner's application for habeas corpus relief under

28 U.S.C. § 2241 on December 1, 2025 (ECF No. 1).  This case appears to involve the

same issues raised in *J.A.M. v. Streeval*, No. 4:25-CV-342-CDL, 2025 WL 3050094 (M.D.

Ga. Nov. 1, 2025) and *P.R.S. v. Streeval*, No. 4:25-cv-330-CDL, 2025 WL 3269947 (M.D.

Ga. Nov. 24, 2025), concerning whether the petitioner is properly detained under 8

U.S.C. § 1225(b)(2) or 8 U.S.C. § 1226(a).  In light of those decisions, Respondents are

directed to show cause within seven (7) days as to why Petitioner's application for

habeas relief should not be granted.[1]  Petitioner may file a reply within three (3) days

of Respondents' response to this Order.

**SO ORDERED**, this 4th day of December, 2025.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE

---

[1] If Respondents agree that habeas relief is appropriate in light of *J.A.M.* and *P.R.S.*, the parties may consent to the Magistrate Judge's exercise of jurisdiction pursuant to 28 U.S.C. § 636(c) to expedite disposition.